UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| SCOTT L. NEWBERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:13 CV 31 RWS |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on Scott L. Newbern's appeal from an adverse ruling of the Social Security Administration. I referred this matter to United States Magistrate Judge Nannette A. Baker for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On February 13, 2014 Judge Baker filed his recommendation that the decision of the Commissioner be affirmed and that this case be dismissed.

Any objections to Judge Baker's Report and Recommendation had to be filed by February 27, 2014. Neither party has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Baker [#29] is **SUSTAINED, ADOPTED AND**

**INCORPORATED** herein.  The Commissioner's decision denying social security benefits is **AFFIRMED**.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

                                                            _____
                                                            RODNEY W. SIPPEL
                                                            UNITED STATES DISTRICT JUDGE

Dated this 11th day of March, 2014.